Case 24-03056   Document 4   Filed in TXSB on 06/04/24   Page 1 of 1

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | **CASE NO: 24-30885** |
| **JOANNA BURKE,** | § § | **CHAPTER 13** |
| Debtor. | § § | |
| **JOANNA BURKE,** | § § | |
| Plaintiff, | § § | |
| VS. | § § | **ADVERSARY NO. 24-3056** |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, PHH MORTGAGE CORPORATION, AVT TITLE SERVICES LLC, AND DOES 1-10,** | § § § § § | |
| Defendants. | § § | |

## ORDER DISMISSING CASE

This adversary proceeding was initiated on March 29, 2024 (ECF No. 1). On April 1, 2024, the main bankruptcy case in this proceeding was dismissed. A bankruptcy court should generally dismiss related proceedings after the bankruptcy case has been closed.[1] As such, this adversary will be dismissed.

**THEREFORE, IT IS ORDERED** that Adversary Case No. 24-3056 is dismissed and closed.

SIGNED 06/04/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] *In re Querner*, 7 F.3d 1199 (5th Cir. 1993).

1 / 1