United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 24-30885 |
| JOANNA BURKE, | § § | CHAPTER 13 |
| Debtor. | § § | |
| | § | |
| JOANNA BURKE, | § § | |
| Plaintiff, | § § | |
| | § | |
| VS. | § § | ADVERSARY NO. 24-3056 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, PHH MORTGAGE CORPORATION, AVT TITLE SERVICES LLC, AND DOES 1-10, | § § § § § | |
| Defendants. | § § | |

## ORDER DISMISSING CASE

This adversary proceeding was initiated on March 29, 2024 (ECF No. 1). On April 1, 2024, the main bankruptcy case in this proceeding was dismissed. A bankruptcy court should generally dismiss related proceedings after the bankruptcy case has been closed.[1] As such, this adversary will be dismissed.

**THEREFORE, IT IS ORDERED** that Adversary Case No. 24-3056 is dismissed and closed.

SIGNED 06/04/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] *In re Querner*, 7 F.3d 1199 (5th Cir. 1993).

United States Bankruptcy Court

Southern District of Texas

Burke,

    Plaintiff                                                                                      Adv. Proc. No. 24-03056-jpn

Deutsche Bank National Trust Company,

    Defendant

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf111 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Joanna Burke, 46 Kingwood Greens Dr, Kingwood, TX 77339-5339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | AVT Title Services LLC |
| dft | | Deutsche Bank National Trust Company |
| dft | | Does 1-10 |
| dft | | PHH Mortgage Corporation |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024                                                         Signature:                 /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kathryn Nichole Dahlin | |
| | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust 2007-A8 Mortgage Pass-Through Certificates Series 2007-H Kathryn.Dahlin@tx.cslegal.com  TX.bkpleadingsSOUTH@tx.cslegal.com |
| Mark Daniel Hopkins | |
| | on behalf of Defendant PHH Mortgage Corporation mark@hopkinslawtexas.com  shelley@hopkinslawtexas.com |
| Susan R. Fuertes | |
| | on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov, |

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: pdf111 | Total Noticed: 1 |

| | |
|---|---|
| | jo.falcon@harriscountytx.gov;vriana.portillo@harriscountytx.gov |
| Tiffany D Castro | ecf@ch13hou.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 5