IN THE UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUN   4 2024

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| Joanna Burke, | ) BANKRUPTCY CASE No. |
| Plaintiff | ) 24-30855 |
| v. | ) ADVERSARIAL CASE No. |
| | ) 24-03056_____ |
| Deutsche Bank National Trust Company, PHH Mortgage Corporation, AVT Title Services, LLC, DOES 1-10 | ) |
| | ) **PLAINTIFF'S** |
| | ) **DECLARATION IN** |
| | ) **SUPPORT OF** |
| | ) **REQUEST FOR** |
| Defendants | ) **DEFAULT JUDGMENT** |
| | ) **AGAINST** |
| | ) **DEFENDANTS** |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE JEFFREY P. NORMAN AND ALL INTERESTED PARTIES:

I, Joanna Burke, declare under the penalty of perjury that I am the Plaintiff in these proceedings, and would make the following statements of fact in support of the request for default judgment against Defendants:

On March 27, 2024, Plaintiff prepared and posted her Complaint against Defendants.

On April 4, 2024, the electronic court docket shows entry of Plaintiff

1

Joanna Burke's [Adversary] Complaint for Damages for Violations of the Automatic Stay by named Defendants.

On April 10, 2024, the electronic court docket shows summons were posted to Plaintiff.

A copy of the Complaint and Original Summons was timely served on Defendants by U.S. first class mail, postage prepaid, addressed to (i) AVT Title Services, LLC, 14160 N. Dallas Parkway, Suite 900, Dallas, Texas, 75254, (ii) Deutsche Bank National Trust Company, c/o Codilis & Moody, P.C., 20405 State Highway 249, Suite 170, Houston, Texas, 77070, and (iii) PHH Mortgage Corporation, c/o Hopkins Law, PLLC, 2802 Flintrock Trace, Suite B103, Austin, Texas, 78738.

See; *KSMI Props. LLC v. South (In re South)*, 645 B.R. 205, 206 (Bankr. E.D. Tex. 2022); *Vida v. T.W. Doers Inv. Firm (In re Benitez)*, No. 21-40734-ELM, at *3 (Bankr. N.D. Tex. Oct. 2, 2023).

*AVT Title Services, LLC Photograph at USPS*



*DBNTCO Photograph at USPS*



*PHH Mortgage Corporation Photograph at USPS*



At the time of this filing and declaration on May 27, 2024, no response has been received: either in the post or visible on the electronic court docket by any Defendant.

No Defendant has reached out to the Plaintiff regarding the complaint; nor made an appearance; or filed any response or pleadings in relation to these proceedings; or otherwise defended this action in compliance with Federal Bankruptcy Code and Rules. As such, the time in which to do so has expired.

Pursuant Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 55(a), Plaintiff has filed with this declaration a request for entry of default against the

defaulted Defendants.

## VERIFICATION AND DECLARATION

In closing, I, Joanna Burke, as Plaintiff with due authority and competency, resident of Kingwood in the livable forest of Harris County, Texas, born on November 25, 1938 (85 years old), in Kirkintilloch, Scotland, United Kingdom, and currently holding U.S. Citizenship, a valid State of Texas Driver License (last 3 digits are 738), and a Social Security Card (last 3 digits are 874), do solemnly declare under penalty of perjury that the foregoing statements are true and correct. This verified declaration, made under Chapter 132, Civil Practice and Remedies Code, holds significant weight in legal precedent, as evident in *ACI Design Build Contractors Inc. v. Loadholt*, 605 S.W.3d 515, 518 (Tex. App. 2020), *McMahan v. Izen*, No. 01-20-00233-CV, at *15-17 (Tex. App. Sep. 2, 2021), and *In re Whitfield*, No. 03-21-00170-CR, at *1 n.1 (Tex. App. Nov. 10, 2021).

RESPECTFULLY submitted this 27th day of May, 2024.

Joanna Burke, Harris County
State of Texas / Pro Se
46 Kingwood Greens Dr
Kingwood, Texas 77339
Phone Number: (832) 466-9015
Fax: (866) 705-0576
Email: joanna@2dobermans.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was
served on May 27, 2023 as stated below on the following:

**VIA U.S. Mail:**

Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

Case Manager to Judge Jeffrey P. Norman
Bob Casey United States Courthouse
515 Rusk, Room 403
Houston, Texas 77002

**VIA EMAIL**

**AVT Title Services, LLC,**
14160 N. Dallas Parkway,
Suite 900, Dallas, Texas, 75254
Mark D. Cronenwett; (no longer at law firm)
N. Frame; nframe@mwzmlaw.com (of counsel)
K. Mackie; kmackie@mwzmlaw.com
B. Wolf; bwolf@mwzmlaw.com
General Inquiries: litigationfilings@mwzmlaw.com


**Deutsche Bank National Trust Company**
c/o Codilis & Moody, P.C.
Kathryn N. Dahlin SBOT#24053165
Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Skeltis SBOT#24136182
TX.bkpleadingsSOUTH@tx.cslegal.com
20405 State Highway 249, Suite 170
Houston, TX 77070
Telephone: (281) 925-5200

**PHH Mortgage Corporation,**
c/o Hopkins Law, PLLC,
2802 Flintrock Trace, Suite B103,
Austin, Texas, 78738
Shelley Hopkins; shelley@hopkinslawtexas.com
Mark Hopkins; mark@hopkinslawtexas.com
Piper Armstrong; piper@hopkinslawtexas.com

Joanna Burke, Harris County
State of Texas / Pro Se
46 Kingwood Greens Dr
Kingwood, Texas 77339
Phone Number: (832) 466-9015
Fax: (866) 705-0576
Email: joanna@2dobermans.com