United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 07, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-30885** |
| JOANNA BURKE, | § | |
| | § | **CHAPTER 13** |
| Debtor. | § | |
| | § | |
| JOANNA BURKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 24-3056** |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, PHH MORTGAGE CORPORATION, AVT TITLE SERVICES LLC, AND DOES 1-10, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

This matter is before the Court on the Motion for Default Judgment (ECF No. 6) filed by the Plaintiff. On June 4, 2024, the Court entered an order dismissing this adversary (ECF No. 4). As such, the instant motion is moot.

**THEREFORE, IT IS ORDERED** that the Motion for Default Judgment (ECF No. 6) is denied as moot.

SIGNED 06/07/2024

_____
Jeffrey Norman
United States Bankruptcy Judge