United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-30885 |
| JOANNA BURKE, | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |
| | § | |
| JOANNA BURKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3056 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, PHH MORTGAGE CORPORATION, AVT TITLE SERVICES LLC, AND DOES 1-10, | § § § § § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

This matter is before the Court on the Motion for Default Judgment (ECF No. 6) filed by the Plaintiff. On June 4, 2024, the Court entered an order dismissing this adversary (ECF No. 4). As such, the instant motion is moot.

**THEREFORE, IT IS ORDERED** that the Motion for Default Judgment (ECF No. 6) is denied as moot.

SIGNED 06/07/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Burke,
    Plaintiff

Deutsche Bank National Trust Company,
    Defendant

Adv. Proc. No. 24-03056-jpn

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 1
Date Rcvd: Jun 07, 2024      Form ID: pdf111      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

**Recip ID**      **Recipient Name and Address**
pla      + Joanna Burke, 46 Kingwood Greens Dr, Kingwood, TX 77339-5339

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**      **Bypass Reason**      **Name and Address**
dft      AVT Title Services LLC
dft      Deutsche Bank National Trust Company
dft      Does 1-10
dft      PHH Mortgage Corporation

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:

**Name**      **Email Address**
Mark Daniel Hopkins
     on behalf of Defendant PHH Mortgage Corporation mark@hopkinslawtexas.com shelley@hopkinslawtexas.com

TOTAL: 1