United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 25, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 24-30885** |
| JOANNA BURKE, | § | |
| | § | **CHAPTER 13** |
| Debtor. | § | |
| | § | |
| JOANNA BURKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 24-3056** |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, PHH MORTGAGE CORPORATION, AVT TITLE SERVICES LLC, AND DOES 1-10, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR RECONSIDERATION

This matter is before the Court on the Motion for Reconsideration (ECF No. 10) filed by the Plaintiff. Bankruptcy Rule of Civil Procedure 8002(b) requires that the pleading be filed within 14 days after entry of the order disposing of the last motion. This motion to reconsider was not timely filed.

**THEREFORE, IT IS ORDERED** that the Motion to Reconsider is denied.

SIGNED 06/25/2024

Jeffrey Norman
United States Bankruptcy Judge